83,198-01

DATE APRIL 15, 2015

CLERK of THE COURT
COURT of CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

DEAR CLERK

ENCLOSED PLEASE FIND my RELATOR'S MOTION FOR LEAVE OF THE COURT AND ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, PLEASE FILE THESE PAPERS AND BRING THEM TO THE COURTS ATTENTION, PLEASE STAMP-DATE THIS LETTER AND RETURN IT BACK TO ME FOR MY FILING,

YOUR TIME IN THIS MATTER IS GREATLY APPRECIATED,

RESPECTFULLY SUBMITTED

Jose medina
JOSE ROBERTO MEDINA
TDCJ # 1683436
DALHART UNIT
11950 FM, 998
DALHART, TEXAS 79022

WRIT NO. 2010-CR-1086-W1

EX PARTE §
§           IN THE
§           COURT OF CRIMINAL APPEALS
§
JOSE ROBERTO MEDINA §           OF TEXAS

## RELATOR'S MOTION FOR LEAVE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JOSE ROBERTO MEDINA, RELATOR, AND FILES THIS MOTION FOR LEAVE OF COURT TO FILE THE ATTACHED RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS,

RESPECTFULLY SUBMITTED

Jose medina
JOSE ROBERTO MEDINA
TDCJ #1683436
DALHART UNIT
11950 FM, 998
DALHART TX, 79022

ON THIS THE ___ DAY OF _____ , 2015, CAME TO BE HEARD RELATOR'S MOTION FOR LEAVE, AND IT APPEARS TO THE COURT, THE RELATOR'S MOTION FOR LEAVE OF COURT SHOULD BE GRANTED. IT IS THEREFORE, ORDERED THAT RELATOR'S REQUEST FOR LEAVE OF COURT IN ORDER TO FILE RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS BE GRANTED

JUDGE PRESIDING

_____

CAUSE No. 2010-CR-1086-W1

IN THE COURT of CRIMINAL APPEALS
SUPREME JUDICIAL DISTRICT SITTING
AT AUSTIN, TEXAS

---

IN RE, JOSE ROBERTO MEDINA
RELATOR

VS

RAYMOND DELEON, TRIAL COUNSEL
RESPONDENT

---

RELATOR's ORIGINAL APPLICATION
FOR WRIT OF MANDAMUS

---

JOSE ROBERTO MEDINA
Jose medina
TDCJ# 1683436
DALHART UNIT
11950 FM. 998
DALHART, TEXAS 79022

i

# IDENTITIES OF PARTIES

1. IN RE, RELATOR · · · · · · · · · ·  JOSE ROBERTO MEDINA
   DALHART UNIT
   11950 FM. 998
   DALHART, TEXAS 79022

2. DISTRICT ATTORNEY · · · · · · · SUSAN D. REED
   101 W. NUEVA
   SAN ANTONIO, TEXAS 78204

3. PRESIDING DISTRICT Judge · · · · · · JUDGE SID HARLE
   226 JUDICIAL DISTRICT COURT
   BEXAR COUNTY, TEXAS
   101 W. NUEVA
   SAN ANTONIO, TEXAS 78204

4. Raymond DeLeon, TRIAL COUNSEL · · · · · Raymond DeLeon,
   RESPONDENT
   110 W. NUEVA,
   SAN ANTONIO, TEXAS 78204

ii

# TABLE OF CONTENTS

Page

COVER PAGE . . . . . . . . . . . . . . i

IDENTITIES OF PARTIES . . . . . . . . . . . ii

TABLE OF CONTENTS . . . . . . . . . . iii

INDEX OF AUTHORITIES . . . . . . . . . . iiii

CAPTION AND HEADING . . . . . . . . . 1

RELATOR . . . . . . . . . . . . 1

RESPONDENT . . . . . . . . . . . 2

STATEMENT OF THE CASE . . . . . . . . . 2

JURISDICTION . . . . . . . . . . . 3

ISSUE PRESENTED . . . . . . . . . . 3

ARGUMENTS AND AUTHORITIES . . . . . . . 3,4

PRAYER . . . . . . . . . . . 5

CERTIFICATE OF SERVICE . . . . . . . . . 6

# INDEX of AUTHORITIES

PAGE

CASES: DUN V. DUN, 439 S.W. 2d 830, 832 (1969) . . . . . . . 4

EXPARTE COLE, 778 S.W. 2d 599 . . . . . . . . . . . 4

EXPARTE GLOVER, 701 S.W. 2d 639 (TEX. 1985) . . . . . . 4

EX PARTE MC MANUS 589 S.W. 2d 790, 793 . . . . . . . . 4

EX PARTE POWELL 558 S.W. 2d 480 . . . . . . . . . 3

EX PARTE SLAVIN, 412 S.W. 2d 43 (TEX. 1967) . . . . . . 4

WALKER V. HARRISON 597 S.W. 2d 913, 915 (TX. 1980) . . . . . 4


STATUTES:

    TEXAS RULE APPELLETE PROCEDURE RULE 52.3 (e) . . . . . . . 3

CAUSE No. 2010-CR-1086-W1
IN THE COURT OF CRIMINAL APPEALS FOR
SUPREME JUDICIAL DISTRICT SITTING
AT AUSTIN, TEXAS

---

IN RE, JOSE ROBERTO MEDINA
RELATOR

-VS-

RAYMOND DELEON, TRIAL COUNSEL
RESPONDENT

---

RELATOR'S ORIGINAL APPLICATION
FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW JOSE ROBERTO MEDINA, AND RESPECTFULLY SUBMITS THIS RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS FOR RELATOR, IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTION, AND WOULD THEREFORE SHOW THIS HONORABLE COURT THE FOLLOWING IN SUPPORT THEREOF;

RELATOR

RELATOR, JOSE ROBERTO MEDINA, TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION, IDENTIFICATION NUMBER #1683436, IS AN OFFENDER INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION, AND IS APPEARING PRO SE, AND WHO CAN BE LOCATED AT THE DALHART UNIT, 11950 FM. 998, DALHART, TEXAS 79022.

RELATOR HAS EXHAUSTED HIS REMEDIES, AND HAS NO OTHER ADEQUATE REMEDY AT LAW, THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, AND NOT DISCRETIONARY IN NATURE,

1

# RESPONDENT

Raymond Deleon 110 W. Nueva San Antonio, Texas The Alledge Respondent, Susan D. Reed In Her Official Capacity as District Attorney of the 226th Judicial District Court, May Be Served at 101 W. Nueva, San Antonio, Texas 78204

## STATEMENT OF THE CASE

The Relator Jose Roberto Medina Filed One Writ of Habeas Corpus and Memorandum In Support to the Convicting Court of the 226th Judicial District Court of Bexar County, Texas, Relator's Application Was Filed November 14, 2014,

The Respondent Responded to the Relator's Application By Denying Each and Every Allegation of Fact Made By the Relator, And Demanded Strict Proof,

The Judge of the 226th Judicial District Court Placed An Order In Effect Ordering Designating Issues to Be Resolve, The Court Having Concluded That Controverted, Previously Unresolved Facts Which Are Material to the Legality of the Relator's Confinement Exist and Need to Be Resolved, The Honorable Sid Harle of the 226th Judicial District Court Bexar County, Texas Found That The Relator Has Alleged The Following Issues Which The Court Finds Requires Resolution:

### INEFFECTIVE ASSISTANCE OF COUNSEL

Finding will Be Forwarded To The Court of Criminal Appeals for Its Disposition of The matter, Signed and Entered on Nov. 18, 2014 By Honorable Judge Sid Harle of The 226th District Court Bexar County, Texas,

The Relator's Sole purpose of The Filing of This Writ of Mandamus Is To Pursue The Unlawful Restraint of Mr. Medina, Mr. Medina Has Heard Nothing In Regards To The Order Filed By The Judge On Nov 18, 2014 In Regards To His 11.07 Application Filed In The District Court of The 226th Judicial District Bexar County, Texas, Relator Has Exhausted All Remedies In Regards To Bringing Closure In The State Proceeding, The State Refuses To Answer Any Motion or Letters Submitted To The Court In Regards To Cause No. 2010-CR-1086-W1.

## JURISDICTION

TEXAS RULE APPELLETE PROCEDURE RULE 52.3 (e) STATEMENT OF JURISDICTION, THE PETITION MUST STATE, WITHOUT ARGUMENT, THE BASIS OF THE COURTS JURISDICTION, IF THE SUPREME COURT AND THE COURT OF APPEALS HAVE CONCURRENT JURISDICTION, THE PETITION MUST BE PRESENTED FIRST TO THE COURT OF APPEAL UNLESS THERE IS A COMPELLING REASON NOT TO DO SO. IF THE PETITION IS FILED IN THE SUPREME COURT WITHOUT FIRST BEING PRESENTED TO THE COURT OF APPEALS, THE PETITION MUST STATE THE COMPELLING REASON WHY THE PETITION WAS NOT FIRST PRESENTED TO THE COURT OF APPEALS.

## ISSUES PRESENTED

RELATOR SEEKS TO COMPEL THE DISTRICT COURT OF THE 226TH DISTRICT TO HONOR AN ORDER BY HONORABLE JUDGE SID HARLE DESIGNATING ISSUES TO BE RESOLVE IN CAUSE NO. 2010-CR-1086-W1, 226TH JUDICIAL DISTRICT COURT BEXAR COUNTY, TEXAS 101 W. NUEVA, SAN ANTONIO, TEXAS 78204.

## ARGUMENT AND AUTHORITIES

SINCE ORIGINAL HABEAS CORPUS JURISDICTION OF COURT OF CRIMINAL APPEALS IS UNLIMITED, REGULATORY LEGISLATIVE ACTION IS NOT REQUIRED BEFORE COURT CAN EXERCISE ITS HABEAS CORPUS POWERS AND IS NOT CAPABLE IN ABOLISHING OR RESTRICT-ING THE SUBSTANTIVE SCOPE OF THOSE POWERS; EXERCISE OF ORIGINAL HABEAS CORPUS JURISDICTION IS DISCRETIONARY. EX PARTE POWELL (CR. APP. 1977) 558 S.W. 2d 480. THE RELATOR ARGUES THE COURT, IN NEEDING TO RESOLVE THE ISSUES CONTAINED IN AN APPLICATION FOR A WRIT OF HABEAS CORPUS, FILED ON NOVEMBER 14, 2014, PURSUANT TO THE TEXAS CODE OF CRIMINAL PROCEDURE, ART. 11.07, AS TO WHETHER RELATOR WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL,

THE JUDGE ORDERED RAYMOND DELEON, RELATOR'S TRIAL COUNSEL TO RESPOND TO THE ALLEGATION PRESENTED TO THE COURT IN RELATOR'S 11.07 APPLICATION, STATING, SIMULTANEOUSLY, RAYMOND DELEON SHALL SEND A COPY OF HIS AFFIDAVIT TO JOSE ROBERTO MEDINA. RELATOR HAS NOT AS TO THE FILING OF THIS WRIT RECEIVED ANYTHING FROM TRIAL COUNSEL RAYMOND DELEON, OR FROM THE COURT THAT MR. DELEON HAS PROVIDED HIS AFFIDAVIT.

RELATOR SEEKS TO COMPEL THE DISTRICT COURT OF THE 226TH DISTRICT TO HONOR AN ORDER SET IN EFFECT BY HONORABLE JUDGE SID HARLE DESIGNATING ISSUES TO BE RESOLVE IN CAUSE NO. 2010-CR-1086-W1. THE COURT HAVING CONCLUDED THAT CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS WHICH ARE MATERIAL TO THE LEGALITY OF RELATOR'S CONFINEMENT EXIST AND NEED TO BE RESOLVED, THERE IS A NECESSITY FOR THE SUSPENSION OF THE TIME LIMITATIONS ENUNCIATED IN ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE. IT IS TRUE THAT THE TERMS OF THE ORDER, JUDGMENT, OR DECREE WHICH THE COURT SEEKS TO ENFORCE MUST BE CLEAR, SPECIFIC, UNAMBIGUOUS, AND UNEQUIVOCAL. THE PERSON BOUND BY THE ORDER OR JUDGMENT MUST HAVE THE MEANS TO KNOW EXACTLY WHAT DUTIES OR OBLIGATIONS ARE IMPOSED UPON HIM AND EVERY ORDER MUST MEET THE STANDARDS SET FORTH IN EX PARTE SLAVIN, 412 S.W. 2d 43 (TEX. 1967). THE SPECIFICITY OF THE TERMS OF THE ORDER IS TESTED BY THE FOUR CORNERS OF THE ORDER, BY THE EXPRESS LANGUAGE OF THE TERMS THEMSELVES, AND THE MEANING CANNOT DEPEND UPON CLARIFICATION OR INTERPRETATION AT FUTURE HEARINGS OR OTHERWISE. EXPARTE GLOVER, 701 S.W. 2d 639 (TEX. 1985). HOWEVER, THE ORDER NEED NOT BE RIFE WITH SUPERFLUOUS TERMS AND SPECIFICATIONS ADEQUATE TO COUNTER ANY FLIGHT OF FANCY A PERSON MAY IMAGINE IN ORDER TO DECLARE IT VAGUE. EX PARTE MC MANUS, 589 S.W. 2d 790, 793, SEE EX PARTE COLE 778 S.W. 2d 599 (TEX APP-HOUSTON [14th DIST] 1989) AT 600. AN ORDER IS VALID WHEN ORALLY PRONOUNCED IN OPEN COURT. DUNN V. DUNN, 439 S.W. 2d 830, 832 (TEX. 1969); WALKER V. HARRISON, 597 S.W. 2d 913, 915 (TEX. 1980). FURTHER, WE AGREE WITH THE CORPUS CHRISTI COURT OF APPEALS THAT AN ORDER PRONOUNCED FROM THE BENCH IS RENDERED WHEN IT IS OFFICIALLY ANNOUNCED IN SUCH A MANNER, AND IS VALID FROM THAT TIME, ITS FORMAL ENTRY BEING ONLY A MINISTERIAL ACT. THE RELATOR SHOWS THAT THE COURT MET THE STANDARDS REQUIRED OF ITS OBLIGATION TO SET FORTH SPECIFIC, UNAMBIGUOUS, AND UNEQUIVOCAL INFORMATION IN ITS ORDER. HONORABLE JUDGE SID HARLE ORDER SHOULD BE HONORED TO THE FULLIEST. THE RELATOR HAS EXHAUSTED HIS REMEDIES AND DEMANDS THIS COURT TO ORDER TRIAL COUNSEL RAYMOND DELEON TO HONOR THE JUDGES ORDER.

4.

**CLEAR RIGHT TO RELIEF FOR RESPONDENT'S
NONE COMPLIANCE TO A JUDGES ORDER
IN VIOLATION OF A MINISTERIAL ACT**

RELATOR, SHOWS THE COURT THAT RESPONDENT TRIAL COUNSEL RAYMOND DELEON, HAS INTENTIONALLY ENGAGED IN DELAY TACTICS WHICH ARE EXPRESSLY DESIGNED TO DENY HIM DUE PROCESS OF LAW IN REGARDS TO THE FILING OF HIS WRIT OF HABEAS CORPUS 11.07 APPLICATION.

**NO ADEQUATE REMEDY AT LAW**

RELATOR, SHOWS THE COURT THAT RESPONDENT RAYMOND DELEON, TRIAL COUNSEL, REFUSAL TO PROVIDE TRIAL COURT AND TO HIM THE AFFIDAVIT OF HIS KNOWLEDGE OF THE RELATOR'S ALLEGATION ALLEGED IN HIS WRIT OF HABEAS CORPUS 11.07 APPLICATION, VIOLATES A DIRECT ORDER FROM THE JUDGE OF THE 226TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, TEXAS, HONORABLE SID HARLE.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, RELATOR PRAYS THAT THIS HONORABLE COURT, AFTER CONSIDERATION OF THE FOREGOING RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, GRANT SAID APPLICATION IN THE INTEREST OF JUSTICE AND CONSTRUCT SUCH ORDER, ORDER THAT THE TRIAL COUNSEL RAYMOND DELEON HONOR THE TRIAL JUDGES ORDER AND SUBMIT HIS AFFIDAVIT AS ORDERED.
SO MOVED AND PRAYED ON THIS DAY APRIL 15, 2015

RESPECTFULLY SUBMITTED
Jose Medina

# CERTIFICATE of SERVICE

I JOSE ROBERTO MEDINA TDCJ ID. NO. 1683436, RELATOR IN ABOVE AND FOREGOING RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF SAID APPLICATION WAS MAILED BY UNITED STATES MAIL REGULAR MAIL, POSTAGE PRE-PAID, TO THE Following PARTIES.

1. RESPONDENT, Raymond DeLeon . . . . . . . . 110 W. NUEVA
SAN ANTONIO, TEXAS 78204

2. DISTRICT ATTORNEY . . . . . . . . . Susan D. REED
101 W. NUEVA
SAN ANTONIO, TEXAS 78204

3. DISTRICT JUDGE . . . . . . . . . . SID HARLE
226 JUDICIAL DISTRICT COURT
101 W. NUEVA
SAN ANTONIO, TEXAS 78204

RESPECTFULLY SUBMITTED
Jose medina

JOSE ROBERTO MEDINA
TDCJ# 1683436
DALHART UNIT
11950 FM. 998
DALHART, TEXAS 79022

APRIL 15, 2015

6

## NO. 2010-CR-1086-W1

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | **226TH** JUDICIAL DISTRICT |
| **JOSE ROBERTO MEDINA** | § | BEXAR COUNTY, TEXAS |

### ORDER DESIGNATING ISSUES

The Court having concluded that controverted, previously unresolved facts which are material to the legality of Applicant's confinement exist and need to be resolved, there is a necessity for the suspension of the time limitations enunciated in Article 11.07 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2012).

Applicant has alleged the following issues which the court finds requires resolution:

Ineffective assistance of counsel

Findings will be forwarded to the Court of Criminal Appeals for its disposition of the matter.

SIGNED and ENTERED on _____ NOV 1 8 2014 _____.


_____
**JUDGE SID HARLE**
226TH Judicial District Court
Bexar County, Texas

cc: **JOSE ROBERTO MEDINA**
**TDCJ # 1683436**
**Dalhart Unit**
**11950 FM 998**
**Dalhart TX 79022**

NO. 2010-CR-1086-W1

EX PARTE                                  §        IN THE DISTRICT COURT

                                          §        **226TH** JUDICIAL DISTRICT

JOSE ROBERTO MEDINA                       §        BEXAR COUNTY, TEXAS

### ORDER ON APPLICATION FOR POST CONVICTION WRIT

The Court, in needing to resolve the issues contained in an application for a writ of habeas corpus, filed on November 14, 2014, pursuant to the Texas Code of Criminal Procedure, Art. 11.07, as to whether Applicant was denied effective assistance of counsel, hereby **ORDERS** as follows:

1. That the Clerk forward a copy of this Order, and the writ application and its attachments to **Raymond Deleon, 110 W Nueva, San Antonio, Texas 78204.**

2. That, on or before **January 1, 2015, Raymond Deleon** file with this Court his written affidavit confirming or denying the following allegations of ineffective assistance of trial counsel raised in Applicant's writ application:

    (a)     Trial counsel failed to object to the falsified indictment which the prosecuting attorney misled the Grand Jury into believing that Applicant committed the crime of burglary, and the indictment does not allege any crime of a burglary in any of the counts. And there was no evidence to link Applicant to entering the home of Brenda Gonzalez, no one person of the State's witnesses could say they had seen Applicant at the home of Brenda Gonzalez on the night this crime occurred. Applicant's attorney should have objected to the indictment.

    (b)     There was no DNA evidence to link Applicant and there was no fingerprints of Applicant found, and there was nothing alleged in the indictment saying Applicant took anything from the house. The assaulted victim said in a written statement that she didn't see who assaulted her. Applicant's attorney was ineffective for not raising these issues in his representation of Applicant.

    (c)     The duty at issue in this claim is that counsel has a duty to make reasonable investigations or to make

a reasonable decision that makes particular investigations unnecessary. Every defendant is entitled to a trial in which his interests are vigorously and conscientiously advocated by an able lawyer. Applicant is actually innocent of the crime he's imprisoned for.

Please explain all answers fully.

3. After you have reviewed the Applicant's writ application and supporting memorandum, please address any other issues raised by Applicant not specifically listed above and of which you have knowledge or information.

4. Is there any additional information not present before the court at this time that is relevant to the court's understanding of this matter? Please include any such information to clarify this issue.

Simultaneously, **Raymond Deleon** shall send a copy of the affidavit to **Jose Roberto Medina, Dalhart Unit, 11950 FM 998, Dalhart TX 79022.**

After these matters have occurred, this Court will forward its Order including its findings to the Court of Criminal Appeals for its disposition of the matter.

SIGNED and ENTERED on _____ _NOV 1 8 2014_ _____.

**JUDGE SID HARLE**
226TH Judicial District Court
Bexar County, Texas

CC:   **JOSE ROBERTO MEDINA**
   **TDCJ # 1683436**
   **Dalhart Unit**
   **11950 FM 998**
   **Dalhart TX   79022**

CAUSE NO. 2010-CR-1086-W1

EX PARTE:                                          IN THE DISTRICT COURT

JOSE ROBERTO MEDINA    2014 NOV 24 PM 1: 11    226TH JUDICIAL DISTRICT

APPLICANT                                          BEXAR COUNTY, TEXAS

---

## STATE'S RESPONSE TO APPLICANT'S PETITION
## FOR WRIT OF HABEAS CORPUS

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas by and through its Criminal District Attorney, Susan D. Reed, and files this response to the Applicant's Petition for Writ of Habeas Corpus.

### I. Habeas Writ Filed

The Applicant Jose Roberto Medina filed this petition for a post-conviction writ of habeas corpus pursuant to art. 11.07, § 3(a), Texas Code of Criminal Procedure. The State files this mandatory answer pursuant to art. 11.07 § 3(b).

### II. Statement of the Case

The Applicant was convicted of the offense of Burglary Habitation-Intent to Commit Felony-Force in Cause No. 2010-CR-1086 and punishment was assessed at confinement for 11 years. His petition for a writ of habeas corpus was filed on November 14, 2014. The State was served by the District Clerk of Bexar County on November 14, 2014.

### III. State's General Denial

The State generally and specifically denies each and every allegation of fact made by the Applicant and demands strict proof of same.

# CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the State would ask that the trial court enter an ORDER recommending the relief be denied.

Respectfully submitted,

**SUSAN D. REED**
Criminal District Attorney
Bexar County, Texas

**NATHAN E. MOREY**
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
San Antonio, Texas 78204
SBN: 24074756
(210) 335-2414
(210) 335-2436-FAX

*Attorneys for the State*

# CERTIFICATE OF SERVICE

I, Nathan E. Morey, Assistant Criminal District Attorney, Bexar County, Texas, certify that a true and correct copy of the foregoing response will be mailed to Jose Roberto Medina, Dalhart Unit, 11950 FM 998, Dalhart, Texas 79022, on this the 21st day of November 2014.

**NATHAN E. MOREY**